1    Dena C. Sharp (State Bar No. 245869)
     Adam E. Polk (State Bar No. 273000)
2    Nina R. Gliozzo (State Bar No. 333569)
     **GIRARD SHARP LLP**
3    601 California Street, Suite 1400
     San Francisco, California 94108
4    Tel: (415) 981-4800
5    Fax: (415) 981-4846
     dsharp@girardsharp.com
6    apolk@girardsharp.com
     ngliozzo@girardsharp.com
7

8
     Adam B. Wolf (State Bar No. 215914)
9    **PEIFFER WOLF CARR KANE CONWAY
     & WISE, LLP**
10   4 Embarcadero Center, Suite 1400
     San Francisco, CA 94111
11   Tel: (415) 766-3545
     Fax: (415) 402-0058
12   awolf@peifferwolf.com
     tcowan@peifferwolf.com
13

14   *Counsel for Plaintiffs*

15

16   [Additional counsel appear on signature page.]

     Amy M. Zeman (State Bar No. 273100)
     Geoffrey A. Munroe (State Bar No. 228590)
     **GIBBS LAW GROUP LLP**
     1111 Broadway, Suite 2100
     Oakland, CA 94607
     Tel: (510) 350-9700
     Fax: (510) 350-9701
     amz@classlawgroup.com
     gam@classlawgroup.com

17          **UNITED STATES DISTRICT COURT
18          NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO DIVISION**

19

20   *IN RE PACIFIC FERTILITY CENTER
     LITIGATION*

21
     This Document Relates to:
22
     *All Cases*
23

24

25

26

27

28

     Master Case No. 3:18-cv-01586-JSC

     **JOINT STIPULATION AND
     [PROPOSED] ORDER REGARDING
     DISMISSAL PURSUANT TO FED. R.
     CIV. P. 41(A)(2)**

---

1    Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed that

2    all claims asserted in the above-captioned action by each of the Plaintiffs listed in Exhibit A against

3    Defendant Chart Inc. are dismissed with prejudice, with each party to bear its own costs.

4

5    IT IS SO STIPULATED.

6

7    Dated: May 22, 2023                          By:    /s/ Dena C. Sharp

8                                                 Dena C. Sharp (State Bar No. 245869)
                                                  Adam E. Polk (State Bar No. 273000)
9                                                 Nina R. Gliozzo (State Bar No. 333569)
                                                  **GIRARD SHARP LLP**
10                                                601 California Street, 14th Floor
                                                  San Francisco, California 94108
11                                                Tel: (415) 981-4800
                                                  Fax: (415) 981-4846
12                                                dsharp@girardsharp.com
                                                  apolk@girardsharp.com
13                                                ngliozzo@girardsharp.com

14
                                                  Amy M. Zeman (State Bar No. 273100)
15                                                Geoffrey A. Munroe (State Bar No. 228590)
                                                  **GIBBS LAW GROUP LLP**
16                                                1111 Broadway, Suite 2100
                                                  Oakland, CA 94607
17                                                Tel: (510) 350-9700
                                                  Fax: (510) 350-9701
18                                                amz@classlawgroup.com
                                                  gam@classlawgroup.com
19

20                                                Adam B. Wolf (State Bar No. 215914)
21                                                **PEIFFER WOLF CARR KANE CONWAY &
                                                  WISE, LLP**
22                                                4 Embarcadero Center, Suite 1400
                                                  San Francisco, CA 94111
23                                                Tel: (415) 766-3545
                                                  Fax: (415) 402-0058
24                                                awolf@peifferwolf.com
                                                  tcowan@peifferwolf.com
25

26                                                *Counsel for Plaintiffs*

27

28                                              2
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(2)
CASE NO. 3:18-CV-01586-JSC

By:   /s/ *John J. Duffy*

John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Margaret C. Redshaw (SB No. 6327480)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
mredshaw@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**ZENERE COWDEN & STODDARD APC**
2005 De La Cruz Blvd., Suite 240
Santa Clara, California 95050
Office: (408) 430-3551
mcowden@zcslawfirm.com
astoddard@zcslawfirm.com

*Counsel for Defendant Chart Inc.*

### ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

By:   /s/ *Dena C. Sharp*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 24, 2023

Hon. Jacqueline Scott Corley
United States District Court Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(2)
CASE NO. 3:18-CV-01586-JSC